UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

CASE NO.:  **** 2:24-cv-85

JOHN KEATLEY,

        Plaintiff,

v.

SIERRA EXPERTS INC. fdba SIERRA W/O WIRES, INC.,

        Defendant,

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff JOHN KEATLEY by and through his undersigned counsel, brings this Complaint against Defendant SIERRA EXPERTS INC. fdba SIERRA W/O WIRES, INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff JOHN KEATLEY ("Keatley") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Keatley's original copyrighted Work of authorship.

2. John Keatley has become well known for his portrait photography, having photographed the likes of Sarah Palin, Macklemore and Annie Leibovitz. His work has been featured in publications such as the New York Times, Rolling Stone and Wired. Keatley also has an impressive editorial portfolio, and his clients include Samsung, Microsoft and Starbucks.

3. Defendant SIERRA EXPERTS INC. fdba SIERRA W/O WIRES, INC. ("Sierra") is an IT managed service provider headquartered in Pittsburgh, Pennsylvania with a 4,500 square

foot flagship data facility center. Sierra specializes in remote monitoring and management of computer systems, cloud/virtual systems hosting, VoIP/SIP PBX trunks and solutions, physical server hosting, digital marketing, graphic and web design, custom software development, and hardware/software reselling. Sierra provides service to customers in 3 countries and 38 of the United States. At all times relevant herein, Sierra owned and operated the internet website located at the URL www.sierraexperts.com (the "Website").

4.      Keatley alleges that Defendant copied Keatley's copyrighted Work from the internet in order to advertise, market and promote its business activities. Sierra committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Sierra's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Defendant is subject to personal jurisdiction in Pennsylvania.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Sierra engaged in infringement in this district, Sierra resides in this district, and Sierra is subject to personal jurisdiction in this district.

## DEFENDANT

9.      Sierra Experts Inc. fdba Sierra W/O Wires, Inc. is a Pennsylvania Corporation, with its principal place of business at 2 Robinson Plaza, Suite 300, Pittsburgh, Pennsylvania, 15205-1017, and can be served at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2020, Keatley created the photograph entitled "John_Keatley_Bill_Gates_0079_R2_sharp," which is shown below and referred to herein as the "Work".



11. Keatley registered the Work with the Register of Copyrights on January 27, 2021, and was assigned registration number VA 2-240-315. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Keatley's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Keatley was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY SIERRA

14. Sierra has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Sierra copied the Work.

16. On or about July 27, 2022, Keatley discovered the unauthorized use of his Work on the Website in an article entitled "Tech Inventors That Changed the World" posted on May 27, 2022.

17. Sierra copied Keatley's copyrighted Work without Keatley's permission.

18. After Sierra copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its IT service provider business.

19. Sierra copied and distributed Keatley's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Sierra committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Keatley never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

22. Keatley notified Sierra of the allegations set forth herein on June 28, 2023 and July 13, 2023. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Keatley incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

24. Keatley owns a valid copyright in the Work at issue in this case.

25. Keatley registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Sierra copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Keatley's authorization in violation of 17 U.S.C. § 501.

27. Sierra performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Keatley has been damaged.

30. The harm caused to Keatley has been irreparable.

WHEREFORE, the Plaintiff JOHN KEATLEY prays for judgment against the Defendant SIERRA EXPERTS INC. FDBA SIERRA W/O WIRES, INC. that:

    a. Sierra and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Sierra be required to pay Keatley his actual damages and Defendant's profits attributable to the infringement, or, at Keatley's election, statutory damages, as provided in 17 U.S.C. § 504

    c. Keatley be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Keatley be awarded pre- and post-judgment interest; and

   e.  Keatley be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Keatley hereby demands a trial by jury of all issues so triable.

DATED: January 22, 2024    Respectfully submitted,

    */s/ Joseph A. Dunne*
    JOSEPH A. DUNNE
    PA Bar Number: 325562
    Joseph.dunne@sriplaw.com

    **SRIPLAW, P.A.**
    175 Pearl Street
    Third Floor
    Brooklyn, NY 11201
    929.200.8446 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff John Keatley*